963 A.2d 1268

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Antwian MELVIN, Respondent.**

**No. 166 EM 2008.**

Supreme Court of Pennsylvania.

Jan. 9, 2009.

### ORDER

PER CURIAM.

**AND NOW,** this 9th day of January, 2009, the Application for Leave to File Original Process is **GRANTED,** and the "Defendant/Petitioner's *Pro Se* Petition for Dismissal/Dis-

charge for Want of Jurisdiction-in the Nature of Petition for Writ of Habeas Corpus *Ad Subjiciendum* " is **DENIED.**